Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

*Attorneys for Plaintiffs*
JOEL FINK *et al.*

IT IS SO ORDERED
Judge Edward J. Davila
10/11/2013

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN JOSE DIVISION)**

| | |
|---|---|
| JOEL FINK, *et al.*<br><br>        Plaintiffs,<br><br>        vs.<br><br>ALTARE PUBLISHING INC., *et al.*<br><br>        Defendants. | Case No. C13-3720 EJD<br><br>**STIPULATION TO VOLUNTARY DISMISSAL** |

Parties in the above-captioned lawsuit and their attorneys agree that the Court may, pursuant to Federal Rules of Civil Procedure 41(a), dismiss Defendant SHERRY D. MCALLISTER with prejudice.

///

///

**Case No. C13-3720 EJD**            **1**
**STIPULATION TO VOLUNTARY DISMISSAL**

```
                                        WALTON TWU LLP

Date:  October 10, 2013                 BY: /s/ Timothy Walton
                                        TIMOTHY J. WALTON
                                        Attorneys for Plaintiffs



                                        NEWMAN DUWORS LLP
Dated: October 10, 2013


                                        BY:/s/  Leeor Neta
                                         LEEOR NETA
                                        Attorneys for Defendants
                                        DONALD G. MCALLISTER and SHERRY D.
                                        MCALLISTER
```