Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

*Attorneys for Plaintiffs*
JOEL FINK *et al.*

IT IS SO ORDERED
Judge Edward J. Davila
10/11/2013

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN JOSE DIVISION)

| | |
|---|---|
| JOEL FINK, *et al.* | Case No. C13-3720 EJD |
| Plaintiffs, | |
| vs. | **STIPULATION TO VOLUNTARY DISMISSAL** |
| ALTARE PUBLISHING INC., *et al.* | |
| Defendants. | |

Parties in the above-captioned lawsuit and their attorneys agree that the Court may, pursuant to Federal Rules of Civil Procedure 41(a), dismiss Defendant DONALD G. MCALLISTER with prejudice.

///

///

|   |   |
|---|---|
| | WALTON TWU LLP |
| Date: October 10, 2013 | BY: /s/ Timothy Walton<br>TIMOTHY J. WALTON<br>Attorneys for Plaintiffs |
| | NEWMAN DUWORS LLP |
| Dated: October 10, 2013 | |
| | BY:/s/ Leeor Neta<br>LEEOR NETA<br>Attorneys for Defendants<br>DONALD G. MCALLISTER and SHERRY D. MCALLISTER |

WALTON TWU LLP
9515 Soquel Drive Suite #207 • Aptos, CA 95003
PHONE (831) 685-9800 • FAX (650) 618-8687