Timothy J. Walton (State Bar No. 184292)
WALTON TWU LLP
9515 Soquel Drive Suite #207
Aptos, CA 95003
Phone: (831) 685-9800
Fax: (650) 618-8687

Daniel L. Balsam (State Bar No. 260423)
THE LAW OFFICES OF DANIEL BALSAM
2912 Diamond Street #218
San Francisco, CA 94131
Tel. & Fax: (415) 869-2873

*Attorneys for Plaintiffs*
JOEL FINK *et al.*

IT IS SO ORDERED
Judge Edward J. Davila
10/11/2013

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| JOEL FINK, *et al.* <br><br> Plaintiffs, <br><br> vs. <br><br> ALTARE PUBLISHING INC., *et al.* <br><br> Defendants. | Case No. C13-3720 EJD <br><br> **STIPULATION TO VOLUNTARY DISMISSAL** |

Parties in the above-captioned lawsuit and their attorneys agree that the Court may, pursuant to Federal Rules of Civil Procedure 41(a), dismiss Defendant DONALD G. MCALLISTER with prejudice.

///

///

WALTON TWU LLP

Date:   October 10, 2013              BY: /s/ Timothy Walton
                                      TIMOTHY J. WALTON
                                      Attorneys for Plaintiffs



                                      NEWMAN DUWORS LLP
Dated: October 10, 2013


                                      BY:/s/ Leeor Neta
                                      LEEOR NETA
                                      Attorneys for Defendants
                                      DONALD G. MCALLISTER and SHERRY D. MCALLISTER

**Case No. C13-3720 EJD**                     **2**
**STIPULATION TO VOLUNTARY DISMISSAL**