IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOEL FINK, ET AL., | CASE NO. 5:13-CV-03720-EJD |
| Plaintiffs, | **CASE MANAGEMENT ORDER** |
| v. | |
| ALTARE PUBLISHING, INC., ET AL., | |
| Defendants. | |

This case is scheduled for a Case Management Conference on December 6, 2013. Based on the parties' Joint Case Management Statement (see Docket Item No. 41), the court has determined that a Case Management Conference is premature at this time. Accordingly, the Case Management Conference is VACATED. The court will reset the conference if necessary upon resolution of the motion to dismiss.

**IT IS SO ORDERED.**

Dated: December 3, 2013

EDWARD J. DAVILA
United States District Judge